to spouses of 9 months or more, the Board did not err in its affirmance of OPM's reconsideration decision. For the foregoing reasons, the final decision of the Board is affirmed.

No costs.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**UNITED STATES, Plaintiff–Appellee,**

v.

**FORD MOTOR COMPANY, Defendant–Appellant.**

No. 2007–1442.

United States Court of Appeals, Federal Circuit.

May 6, 2008.

David A. Levitt, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for plaintiff-appellee. With him on the brief were Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

Robert B. Silverman, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt, LLP, of New York, New York, argued for defendant-appellant. With him on the brief was Frances P. Hadfield. Of counsel on the brief was Paulsen K. Vandevert, Ford Motor Company, World Headquarters, of Dearborn, Michigan.

**Diane KING, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2008–3043.

United States Court of Appeals, Federal Circuit.

May 6, 2008.

Rehearing En Banc Denied July 24, 2008.

